# Exhibit 4

As set forth in Angio's Complaint, Defendant infringes the asserted claim(s) of U.S. Patent No. 8,613,717 ("the '717 Patent"). The Accused Product is set forth in the Complaint.

The following claim chart is based on the information currently available to Angio and is intended to be exemplary in nature. To the extent Defendant contends that any limitation is not literally present, Angio alleges that the limitation is present under the doctrine of equivalents. Angio's investigation into Defendant's infringement is ongoing. Angio reserves all rights to update and elaborate on its infringement positions and to proffer additional and alternative infringement theories, including as Angio obtains additional information during the course of discovery.

| Claim | Analysis |
|---|---|
| 15. A system for removing an undesirable material from within a vessel, the system comprising: | To the extent the preamble is deemed limiting, the Accused Product is a system for removing an undesirable material from within a vessel:<br><br>As per E2's website, the Accused Product uses "dual-action technology" to break down and remove clots (undesirable material within the vasculature):<br><br>**Dual-Action Technology**<br><br>Small profile system breaks down and removes clot through combined high-speed agitation and simultaneous physician-controlled aspiration |

1

| Claim | Analysis |
|---|---|
| | https://endovascularengineering.com/ (prior version)<br><br>The Accused Product is also indicated for the removal of emboli and thrombi (undesirable material) from pulmonary arteries and venous vasculature:<br><br>The Hēlo Thrombectomy System is indicated for:<br>• The non-surgical removal of emboli and thrombi from pulmonary arteries and venous vasculature.<br>• The system allows for injection, infusion, and/or aspiration of contrast media and other fluids into or from blood vessels.<br><br>The Hēlo Thrombectomy System is intended for use in the peripheral veins and for the treatment of pulmonary embolism.<br><br>The Hēlo Audible Flow Indicator is intended for use exclusively with the Hēlo Thrombectomy System and provides audible feedback of rapid flow through the device during a thrombectomy procedure.<br><br>K252956 (Dec. 18, 2025) |

2

| Claim | Analysis |
|---|---|
|  | As per Mike Rosenthal, the Accused Product is used for "large bore clot removal" from the vasculature of patients:<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |

| Claim | Analysis |
|---|---|
| a first cannula having a distal end and designed for maneuvering within a vessel to a site of interest, | The Accused Product comprises a first cannula having a distal end that is designed for maneuvering within a vessel to a site of interest:<br><br>E2's depiction of its product demonstrates that it comprises the foregoing:<br><br><br><br>https://endovascularengineering.com/<br><br>As per Mike Rosenthal, the Accused Product has "superior navigation" allowing the distal end of the cannula to maneuver within the vasculature of the patient to various sites of interest: |

| Claim | Analysis |
|---|---|
| | <br><br>In particular, dials and switches on the handle allow for macro and micro adjustments during navigation: |

| Claim | Analysis |
|-------|----------|
| |  |

| Claim | Analysis |
|-------|----------|
|       | <br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |

| Claim | Analysis |
|---|---|
| such that the undesirable material can be captured and removed along a pathway extending through the first cannula, | The Accused Product allows for the undesirable material to be captured and removed along a pathway extending through the first cannula:<br><br>As per Mike Rosenthal, the clot at issue is sucked into the funnel when suction is applied to the system. The clot then travels within the inner lumen of the cannula (a pathway) to be removed from the body:<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24<br><br>As per E2's own device description, the targeted clot is engaged, aspirated, and transported out of the body via an "Aspiration Catheter" such that the clot ends up in a "suction canister" outside the body: |

| Claim | Analysis |
|---|---|
| | **IV.    DEVICE DESCRIPTION** <br><br> The Hēlo Thrombectomy System (Hēlo System) is a minimally invasive aspiration system designed for the removal of thromboembolic material from the pulmonary arteries. It can be initially introduced with a 16 Fr introducer sheath and expands to 8 mm at the distal portion once inside the vasculature. The Hēlo System allows for engagement with the targeted clot, aspiration of the targeted clot, and transportation of aspirated clot out of the body. The Hēlo System is supplied sterile using Ethylene Oxide gas and is intended for single-use only.  The Hēlo System is comprised of the following components: <br><br> • Aspiration Catheter: The Aspiration Catheter includes a funnel, an outer sleeve, and an integrated handle with controls.  The handle also features a side port for the purposes of fluid injection, flushing of the inner lumen of the Aspiration Catheter, and for measurement of intravascular pressure using a standard pressure line setup, if needed.  A second side port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump. <br><br> Audible Flow Indicator (AFI): The AFI is an optional accessory that connects between the suction port of the aspiration handle and the suction canister and provides audible feedback to the operator when actuation of the Suction/Agitator Control Button results in full flow through the device. A clot catcher made up of a coarse filter attaches to the suction canister and provides visualization of the clot. <br><br> K252956 (Dec. 18, 2025) |
| the first cannula is reinforced with a sufficiently stiff material so as to optimize maneuverability within the vessel but does not collapse under suction force; | The first cannula of the Accused Product is reinforced with sufficiently stiff material so as to optimize maneuverability within the vessel but does not collapse under suction force: <br><br> As per Mike Rosenthal, various dials and switches allow the catheter to be maneuvered within the vessel. The cannula must be sufficiently stiff, but not overly rigid, to allow for such maneuverability: |

| Claim | Analysis |
|---|---|
| |  |

| Claim | Analysis |
|---|---|
|  |  |

When aspiration is engaged to remove the clot, the catheter does not collapse because it is reinforced with sufficiently stiff material to resist the negative pressure applied to the system. Otherwise, the system would not be "effective" at "clot removal":



LSI USA '24 presentation by Mike Rosenthal in March 2024
https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24

E2 reiterates these properties of its device in the 510(k) for the so-called "Cobra Catheter System," a prior name for the device now known as "Hēlo":

| Claim | Analysis |
|---|---|
| | **IV.    DEVICE DESCRIPTION**<br><br>The Cobra Catheter System (Cobra System) is a minimally invasive aspiration catheter with an integrated handle that connects to a commercially available vacuum pump. The aspiration catheter has an expanding funnel at the distal end for clot capture and features radiopaque markers for visibility under fluoroscopic guidance. The funnel resides within the outer sleeve of the aspiration catheter until it is manually deployed in the target vessel using the slider on the handle. The Cobra System can be initially introduced with a 16Fr introducer sheath. The Cobra System allows for navigating to, engagement, ingestion, and transportation of the target obstructive clot out of the peripheral veins to re-establish blood flow from the lower extremities.<br><br>K223891 (February 15, 2023) |

13

| a funnel situated at the distal end of the first cannula, and designed for deployment between a collapsed closed position and an expanded open position, the funnel when in the expanded position has a diameter measurably larger than that of the pathway of the first cannula; | The Accused Product comprises a funnel situated at the distal end of the first cannula that is designed for deployment between a collapsed closed position and an expanded open position—with the expanded open position being a configuration where the funnel has a measurably larger diameter than the diameter of the pathway of the first cannula: <br><br> E2's depiction of its product demonstrates the foregoing: |

14

| Claim | Analysis |
|---|---|
| | https://endovascularengineering.com/; Hēlo® Thrombectomy System \| Episode 4: Bench to Table, https://www.youtube.com/watch?v=WbMgSPpS8ew |

15

| Claim | Analysis |
|---|---|
| a powered fragmentation device in coaxial alignment with the pathway to break up the undesirable material in order to enhance removal of the undesirable material along the pathway; and | The Accused Product comprises a powered fragmentation device in coaxial alignment with the pathway to break up the undesirable material in order to enhance removal of the undesirable material along the pathway:<br><br>One of the two ways the Accused Product allegedly "breaks down and removes clot" is via "high-speed agitation":<br><br>**Dual-Action Technology**<br><br>Small profile system breaks down and removes clot through combined high-speed agitation and simultaneous physician-controlled aspiration<br><br>https://endovascularengineering.com/ (prior version)<br><br>As per E2's device description, the Accused Product includes an "Agitator" (a powered fragmentation device) that is inserted through the inner lumen of the cannula and thus in coaxial alignment with the pathway. The agitator "mechanically disrupt[s]" the clot to aid in its removal: |

16

| Claim | Analysis |
|---|---|
| | Agitator: The Agitator is intended to be inserted in the inner lumen of the Aspiration Catheter. It includes a drive unit that connects to the proximal end of the Aspiration Catheter. The Agitator is designed to mechanically disrupt emboli within the distal region of the Aspiration Catheter during aspiration. The Agitator may be disconnected, removed, and reintroduced through the Aspiration Catheter during use.<br><br>K252956 (Dec. 18, 2025)<br><br>As per Mike Rosenthal, fully pressing down on the grey button on the handle activates the agitator, causing the bladed distal end of the agitator to disrupt the clot mechanically: |

| Claim | Analysis |
|---|---|
|  | <br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24<br><br>According to Dr. Andrew Klein, an E2 consultant who reported findings at VIVA 2025, the agitator "chews up the clot," such that it broken down into blood and other large particles that can be filtered out. The agitator also prevents "corking," a process whereby the clot is too large to fit within the narrower diameter of the inner lumen, blocking the flow of fluid through the pathway. L.A. McKeown, *ENGULF Novel PE Thrombectomy* |

18

| Claim | Analysis |
|---|---|
| | *Device Minimizes Blood Loss*, https://www.tctmd.com/news/engulf-novel-pe-thrombectomy-device-minimizes-blood-loss. <br><br> Similarly, Dr. Luis Savastano, a co-founder of E2, describes how the Agitator spins at high speeds to break the clot down into a smaller size, create a "vortex" flow, and aid in traversal of clot from the funnel to the cannula pathway: <br><br> <br><br> Hēlo® Thrombectomy System \| Episode 1: Idea to Bench, https://www.youtube.com/watch?v=C3iatLv66_Y |
| a filter device having an inlet port and outlet port, the inlet port is in direct fluid communication with the proximal end of the first cannula; | The Accused Product comprises a filter device having an inlet port and outlet port, with the inlet port being in direct fluid communication with the proximal end of the first cannula: <br><br> The proximal end of the first cannula is in direct fluid communication with the rest of the system such that suction can be applied throughout the system to cause the flow of clot and blood from the distal end of the cannula toward the suction canister: |

19



| Claim | Analysis |
|-------|----------|
|  | https://endovascularengineering.com/; LSI USA '24 presentation by Mike Rosenthal in March 2024 https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24<br><br>As per Mike Rosenthal, a suction pump applies vacuum pressure to the system to cause blood and clot to be sucked out of the body:<br><br>"[C]onnection to a suction pump"<br><br> |

"[D]epression of the button slight [in] the back gives you aspiration control"



"[E]ngag[ing] the clot with suction":

22

| Claim | Analysis |
|-------|----------|
| |  LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24<br><br>As per E2's device description, the blood and clot is deposited in a "suction canister" where a "clot catcher made up of a coarse filter" captures the clot and allows for visualization. The suction canister (a filter device) must have an inlet port in direct fluid communication with the distal end of the aspiration cannula so it can |

23

| Claim | Analysis |
|---|---|
|  | receive fluid. It must also have an outlet port by which the vacuum pump applies suction to accomplish this result:<br><br>of intravascular pressure using a standard pressure line setup, if needed. A second side port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump.<br><br>Audible Flow Indicator (AFI): The AFI is an optional accessory that connects between the suction port of the aspiration handle and the suction canister and provides audible feedback to the operator when actuation of the Suction/Agitator Control Button results in full flow through the device. A clot catcher made up of a coarse filter attaches to the suction canister and provides visualization of the clot.<br><br>K252956 (Dec. 18, 2025) |

24

| Claim | Analysis |
|---|---|
| a pump having in intake port and exit port, the pump is capable of creating simultaneous negative pressure through the intake port and positive pressure through the exit port, the intake port is in fluid communication with the outlet port of the filter device | The Accused Product comprises a pump having an intake port and exit port, with the pump being capable of creating simultaneous negative pressure through the intake port and positive pressure through the exit port, wherein the intake port of the pump is in fluid communication with the outlet port of the filter device:<br><br>As per E2's device description, the system uses a "commercially available vacuum pump." Such vacuum pumps must have an intake port where negative pressure (suction) is created and applied to the rest of the system, as well as an exit port for expelling positively pressurized exhaust:<br><br>of intravascular pressure using a standard pressure line setup, if needed.  A second side port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump.<br><br>K252956 (Dec. 18, 2025).<br><br>Because the vacuum pump applies negative pressure to the entire system, causing fluid flow from the distal end of the funnel to the suction canister, its intake port must be in fluid communication with the outlet port of the suction canister (a filter device):<br><br>Audible Flow Indicator (AFI): The AFI is an optional accessory that connects between the suction port of the aspiration handle and the suction canister and provides audible feedback to the operator when actuation of the Suction/Agitator Control Button results in full flow through the device. A clot catcher made up of a coarse filter attaches to the suction canister and provides visualization of the clot.<br><br>K252956 (Dec. 18, 2025). |

25

| Claim | Analysis |
|---|---|
| the pump may provide a sufficient suction force for pulling the undesirable material through the fragmentation device. | The Accused Product comprises a pump that provides a sufficient suction force for pulling the undesirable material through the fragmentation device.<br><br>As per Mike Rosenthal, pressing down the grey button on the handle activates the vacuum pump, which creates a suction force sufficient to pull the clot into the funnel. Upon entering the funnel, the agitator (a fragmentation device) disrupts the clot mechanically:<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24<br><br>According to Dr. Andrew Klein, an E2 consultant who reported findings at VIVA 2025, the agitator "chews up the clot" after it is sucked into the funnel, which prevents "corking." L.A. McKeown, *ENGULF Novel PE* |

| Claim | Analysis |
|---|---|
|  | *Thrombectomy Device Minimizes Blood Loss*, https://www.tctmd.com/news/engulf-novel-pe-thrombectomy-device-minimizes-blood-loss. |