# Exhibit 5

As set forth in Angio's Complaint, Defendant infringes the asserted claim(s) of U.S. Patent No. 11,589,880 ("the '880 Patent"). The Accused Product is set forth in the Complaint.

The following claim chart is based on the information currently available to Angio and is intended to be exemplary in nature. To the extent Defendant contends that any limitation is not literally present, Angio alleges that the limitation is present under the doctrine of equivalents. Angio's investigation into Defendant's infringement is ongoing. Angio reserves all rights to update and elaborate on its infringement positions and to proffer additional and alternative infringement theories, including as Angio obtains additional information during the course of discovery.

| Claim | Analysis |
|---|---|
| Claim 1. A device for removing an undesirable material from a treatment site, the device comprising: | To the extent the preamble is deemed limiting, the Accused Product is a device for removing an undesirable material from a treatment site:<br><br>The Accused Product is indicated for the removal of emboli and thrombi (undesirable material):<br><br>The Hēlo Thrombectomy System is indicated for:<br>• The non-surgical removal of emboli and thrombi from pulmonary arteries and venous vasculature.<br>• The system allows for injection, infusion, and/or aspiration of contrast media and other fluids into or from blood vessels.<br><br>The Hēlo Thrombectomy System is intended for use in the peripheral veins and for the treatment of pulmonary embolism.<br><br>The Hēlo Audible Flow Indicator is intended for use exclusively with the Hēlo Thrombectomy System and provides audible feedback of rapid flow through the device during a thrombectomy procedure.<br><br>K252956 (Dec. 18, 2025) |

1

| Claim | Analysis |
|---|---|
|  | As per Mike Rosenthal, the Accused Product is used for "large bore clot removal":  LSI USA '24 presentation by Mike Rosenthal in March 2024 https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |

| Claim | Analysis |
|---|---|
| a cannula comprising a cannula distal end, a cannula lumen, and a cannula proximal end; | As depicted by E2, the Accused Product comprises a cannula comprising a cannula distal end, a cannula lumen, and a cannula proximal end:  https://endovascularengineering.com/ |

3

| Claim | Analysis |
|---|---|
|  |  https://www.linkedin.com/company/endovascular-engineering/posts/?feedView=all |

| Claim | Analysis |
|-------|----------|
|  | <br>https://www.youtube.com/watch?v=WbMgSPpS8ew |

5

| Claim | Analysis |
|---|---|
| the cannula distal end comprising at least two strips, a space between the at least two strips, and a membrane extending across the space between each of the at least two strips; and | The cannula distal end of the Accused Product comprises at least two strips, a space between the at least two strips, and a membrane extending across the space between each of the at least two strips:<br><br>E2's depiction of its product demonstrates that it comprises the foregoing:<br><br>**At least two strips**<br><br><br><br>**Space between at least two strips, with membrane extending across the space**<br><br>https://endovascularengineering.com/ |

6

| Claim | Analysis |
|---|---|
| the cannula proximal end to operably couple to a vacuum source to create a negative pressure to pull the undesirable material into the cannula lumen. | The cannula proximal end of the Accused Product is operably coupled to a vacuum source to create a negative pressure to pull the undesirable material into the cannula lumen:<br><br>E2's depiction of its product demonstrates that it comprises the foregoing:<br><br><br><br>https://endovascularengineering.com/<br><br>As per E2's device description, the Accused Product includes an "Aspiration Catheter" that "connects to a commercially available vacuum pump" such that the removed undesirable material is trapped in a "suction canister": |

| Claim | Analysis |
|-------|----------|
|  | port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump.<br><br>Audible Flow Indicator (AFI): The AFI is an optional accessory that connects between the suction port of the aspiration handle and the suction canister and provides audible feedback to the operator when actuation of the Suction/Agitator Control Button results in full flow through the device. A clot catcher made up of a coarse filter attaches to the suction canister and provides visualization of the clot.<br><br>K252956 (Dec. 18, 2025)<br><br>As per Mike Rosenthal, the vacuum source creates negative pressure to pull the undesirable material into the cannula lumen:<br><br>"[D]ual action technology so we are using the advantage of aspiration" |

| Claim | Analysis |
|---|---|
| |  |

9

"[C]onnection to a suction pump"



"[D]epression of the button slight [in] the back gives you aspiration control"

| Claim | Analysis |
|---|---|
| |  |

11

| Claim | Analysis |
|---|---|
| | "[E]ngag[ing] the clot with suction": <br><br>  <br><br> LSI USA '24 presentation by Mike Rosenthal in March 2024 <br> https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |
| 12. A system for removing an undesirable material from a body, the system comprising: | To the extent the preamble is deemed limiting, the Accused Product is a system for removing an undesirable material from a body: <br><br> The Accused Product is indicated for the removal of emboli and thrombi (undesirable material): |

12

| Claim | Analysis |
|---|---|
| | The Hēlo Thrombectomy System is indicated for:<br>• The non-surgical removal of emboli and thrombi from pulmonary arteries and venous vasculature.<br>• The system allows for injection, infusion, and/or aspiration of contrast media and other fluids into or from blood vessels.<br><br>The Hēlo Thrombectomy System is intended for use in the peripheral veins and for the treatment of pulmonary embolism.<br><br>The Hēlo Audible Flow Indicator is intended for use exclusively with the Hēlo Thrombectomy System and provides audible feedback of rapid flow through the device during a thrombectomy procedure.<br><br>K252956 (Dec. 18, 2025)<br><br>As per Mike Rosenthal, the Accused Product is used for "large bore clot removal":<br><br> |

13

| Claim | Analysis |
|---|---|
| | LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |

14

| | |
|---|---|
| an aspiration cannula comprising an aspiration cannula expandable distal end, an aspiration cannula lumen, and an aspiration cannula proximal end; | The Accused Product comprises an aspiration cannula comprising an aspiration cannula expandable distal end, an aspiration cannula lumen, and an aspiration cannula proximal end:<br><br>E2's depiction of its product demonstrates that it comprises the foregoing:<br><br> |

15



https://endovascularengineering.com/

As per E2's device description, the Accused Product comprises, *inter alia*, an "Aspiration Catheter":

16

| Claim | Analysis |
|---|---|
| | **IV.    DEVICE DESCRIPTION**<br><br>The Hēlo Thrombectomy System (Hēlo System) is a minimally invasive aspiration system designed for the removal of thromboembolic material from the pulmonary arteries. It can be initially introduced with a 16 Fr introducer sheath and expands to 8 mm at the distal portion once inside the vasculature. The Hēlo System allows for engagement with the targeted clot, aspiration of the targeted clot, and transportation of aspirated clot out of the body. The Hēlo System is supplied sterile using Ethylene Oxide gas and is intended for single-use only.  The Hēlo System is comprised of the following components:<br><br>• Aspiration Catheter: The Aspiration Catheter includes a funnel, an outer sleeve, and an integrated handle with controls.  The handle also features a side port for the purposes of fluid injection, flushing of the inner lumen of the Aspiration Catheter, and for measurement of intravascular pressure using a standard pressure line setup, if needed.  A second side port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump.<br><br>K252956 (Dec. 18, 2025) |

17

| Claim | Analysis |
|---|---|
| the aspiration cannula expandable distal end comprising at least two movable strips, a space between the at least two movable strips, and a membrane extending across the space between each of the at least two movable strips, | The aspiration cannula expandable distal end of the Accused Product comprises at least two movable strips, a space between the at least two movable strips, and a membrane extending across the space between each of the at least two movable strips:<br><br>E2's depiction of its product demonstrates that it comprises the foregoing:<br><br><br><br>https://endovascularengineering.com/ |

18

| Claim | Analysis |
|---|---|
| wherein the aspiration cannula proximal end is operatively coupled to an aspiration device to create an aspiration force through the aspiration cannula lumen sufficient to aspirate the undesirable material and a volume of fluid into the aspiration cannula lumen. | The aspiration cannula proximal end of the Accused Product is operatively coupled to an aspiration device to create an aspiration force through the aspiration cannula lumen sufficient to aspirate the undesirable material and a volume of fluid into the aspiration cannula lumen: <br><br> As per E2's device description, the Accused Product includes an "Aspiration Catheter" that "connects to a commercially available vacuum pump" such that the removed undesirable material and blood is aspirated and moved into a "suction canister" where a "clot catcher" filters the blood clot from the fluid: <br><br> port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump. <br><br> Audible Flow Indicator (AFI): The AFI is an optional accessory that connects between the suction port of the aspiration handle and the suction canister and provides audible feedback to the operator when actuation of the Suction/Agitator Control Button results in full flow through the device. A clot catcher made up of a coarse filter attaches to the suction canister and provides visualization of the clot. <br><br> K252956 (Dec. 18, 2025) <br><br> As per Mike Rosenthal, an aspiration device (a pump), which is operatively coupled to the proximal end of the aspiration catheter, applies an aspiration force through the catheter's lumen sufficient to suck in the clot and a volume of blood: <br><br> "[D]ual action technology so we are using the advantage of aspiration" |

19

| Claim | Analysis |
|---|---|
|  |  |

| | "[C]onnection to a suction pump"  "[D]epression of the button slight [in] the back gives you aspiration control" |
| --- | --- |

| Claim | Analysis |
|---|---|
|  |  |

| Claim | Analysis |
|---|---|
| | "[E]ngag[ing] the clot with suction":<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |