# Exhibit 6

As set forth in Angio's Complaint, Defendant infringes the asserted claim(s) of U.S. Patent No. 12,496,077 ("the '077 Patent"). The Accused Product is set forth in the Complaint.

The following claim chart is based on the information currently available to Angio and is intended to be exemplary in nature. To the extent Defendant contends that any limitation is not literally present, Angio alleges that the limitation is present under the doctrine of equivalents. Angio's investigation into Defendant's infringement is ongoing. Angio reserves all rights to update and elaborate on its infringement positions and to proffer additional and alternative infringement theories, including as Angio obtains additional information during the course of discovery.

| Claim | Analysis |
|---|---|
| Claim 1. A device for removing an undesirable material comprising: | To the extent the preamble is deemed limiting, the Accused Product is a device for removing an undesirable material:<br><br>The Accused Product is indicated for the removal of emboli and thrombi (undesirable material):<br><br>The Hēlo Thrombectomy System is indicated for:<br>• The non-surgical removal of emboli and thrombi from pulmonary arteries and venous vasculature.<br>• The system allows for injection, infusion, and/or aspiration of contrast media and other fluids into or from blood vessels.<br><br>The Hēlo Thrombectomy System is intended for use in the peripheral veins and for the treatment of pulmonary embolism.<br><br>The Hēlo Audible Flow Indicator is intended for use exclusively with the Hēlo Thrombectomy System and provides audible feedback of rapid flow through the device during a thrombectomy procedure.<br><br>K252956 (Dec. 18, 2025) |

1

| Claim | Analysis |
|---|---|
|  | As per Mike Rosenthal, the Accused Product is used for "large bore clot removal":  LSI USA '24 presentation by Mike Rosenthal in March 2024 https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |
| an aspiration cannula comprising a reinforced wall and a stepped cannula distal end; and | The Accused Product comprises an aspiration cannula comprising a reinforced wall and a stepped cannula distal end: As per E2's device description, the Accused Product comprises, *inter alia*, an "Aspiration Catheter": |

2

| Claim | Analysis |
|-------|----------|
| |  |

**IV.    DEVICE DESCRIPTION**

The Hēlo Thrombectomy System (Hēlo System) is a minimally invasive aspiration system designed for the removal of thromboembolic material from the pulmonary arteries. It can be initially introduced with a 16 Fr introducer sheath and expands to 8 mm at the distal portion once inside the vasculature. The Hēlo System allows for engagement with the targeted clot, aspiration of the targeted clot, and transportation of aspirated clot out of the body. The Hēlo System is supplied sterile using Ethylene Oxide gas and is intended for single-use only.  The Hēlo System is comprised of the following components:

- Aspiration Catheter: The Aspiration Catheter includes a funnel, an outer sleeve, and an integrated handle with controls.  The handle also features a side port for the purposes of fluid injection, flushing of the inner lumen of the Aspiration Catheter, and for measurement of intravascular pressure using a standard pressure line setup, if needed.  A second side port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump.

K252956 (Dec. 18, 2025)

E2's depiction of the aspiration cannula demonstrates that it comprises the foregoing components:

**Reinforced wall**

**Aspiration Cannula**

**Stepped cannula distal end**

3

| Claim | Analysis |
|---|---|
| | https://endovascularengineering.com/<br><br>The portion of the cannula before the funnel is "stepped" such that the unitary metallic reinforcement frame of the funnel does not extend into the lumen defined by the inner wall of the cannula:<br><br><br><br>Hēlo® Thrombectomy System \| Episode 2: Bench to Study, https://www.youtube.com/watch?v=dTkeKYfdmNY. |

4

| Claim | Analysis |
|---|---|
| | The wall of the cannula must also be sufficiently reinforced such that it will not collapse when a vacuum force is applied to the system, as shown in the following:<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24. |
| an expandable funnel defined by a unitary metallic reinforcement frame and a polymer wall, | The Accused Product comprises an expandable funnel defined by a unitary metallic reinforcement frame and a polymer wall:<br><br>E2's depiction of the aspiration cannula demonstrates that it comprises the foregoing components: |

5

| Claim | Analysis |
|---|---|
| |  https://endovascularengineering.com/; Hēlo® Thrombectomy System \| Episode 4: Bench to Table, https://www.youtube.com/watch?v=WbMgSPpS8ew<br><br>E2's device description reiterates that the aspiration cannula comprises a funnel: |

6

| Claim | Analysis |
|---|---|
| | <br><br>K252956 (Dec. 18, 2025)<br><br>As per Mike Rosenthal, the funnel is traversed to the target site in a compressed state via a sheath, after which it expands to engage the clot. The design of the funnel, comprising a unitary reinforcement frame and polymer wall, imparts this functionality:<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |
| the unitary metallic reinforcement frame comprising a metallic | The unitary metallic reinforcement frame comprises a metallic proximal ring configured to couple to an outer surface of the stepped cannula distal end: |

| Claim | Analysis |
|---|---|
| proximal ring configured to couple to an outer surface of the stepped cannula distal end, | E2's depiction of the aspiration cannula demonstrates that it comprises the foregoing components: **Metallic proximal ring** **Unitary metallic reinforcement frame** https://endovascularengineering.com/ Unlike the distal end of the funnel, which expands significantly when moving from the collapsed to expanded configuration, the proximal end of the funnel must remain effectively stationary and thus be designed to resist the tensile forces that cause other portions of the funnel to move. As such, the proximal ring of the unitary metallic reinforcement frame is configured to couple to the outer surface of the stepped cannula distal end, such that the proximal portion of the funnel will remain sufficiently stationary when the funnel transitions between the expanded and collapsed configurations, when negative pressure (suction) is applied to the system, and when the agitator rotates within the funnel: |

| Claim | Analysis |
|---|---|
| |  Hēlo® Thrombectomy System \| Episode 2: Bench to Study, https://www.youtube.com/watch?v=dTkeKYfdmNY. |
| and a metallic expansion part extending from the metallic proximal ring, | The unitary metallic reinforcement frame of the Accused Product comprises a metallic expansion part extending from the metallic proximal ring: <br><br> E2's depiction of the aspiration cannula demonstrates that it comprises the foregoing components, with the metallic expansion part allowing for greater expansion of the funnel extending from the distal to the proximal direction: |

| Claim | Analysis |
|---|---|
| |  https://endovascularengineering.com/ |
| the metallic expansion part comprising a shape memory material pre-shaped in an expanded configuration to automatically expand the expandable funnel when released from constraint, | The metallic expansion part of the Accused Product comprises a shape memory material pre-shaped in an expanded configuration to automatically expand the expandable funnel when released from constraint:<br><br>As per Mike Rosenthal, the funnel automatically expands to a pre-configured funnel shape upon being released by the constraint of a sheath: |

10

| Claim | Analysis |
|---|---|
| | LSI USA '24 presentation by Mike Rosenthal in March 2024<br><br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24<br><br>The shape of the funnel conforms to the shape of the metallic expansion part in either its collapsed closed position or its expanded open position. The funnel expands because the metallic expansion part comprises a memory material pre-shaped to be conical that will conform to this shape automatically when the funnel is released from its sheath:<br><br>**Funnel in collapsed closed position**   **Funnel in expanded open position**<br><br>Hēlo® Thrombectomy System \| Episode 4: Bench to Table, https://www.youtube.com/watch?v=WbMgSPpS8ew |
| wherein the metallic expansion part is configured to resist collapse under an applied vacuum but permit radial compression when withdrawn into a lumen | The metallic expansion part of the Accused Product is configured to resist collapse under an applied vacuum but permit radial compression when withdrawn into a lumen of an outer sheath of the device:<br><br>As per Mike Rosenthal, the funnel travels to the target site within a lumen of an outer sheath, where the metallic expansion part is radially compressed. When at the target site, the funnel is deployed by removing it from the sheath, such that metallic expansion part expands into the pre-configured shape. The metallic expansion part is configured to resist collapse under an applied vacuum—i.e., it does not collapse back into |

11

| Claim | Analysis |
| --- | --- |
| of an outer sheath of the device, and | a compressed state, collapsing the funnel, when the pump applies a suction force. Otherwise, the system would fail at removing clot—i.e., not be "effective" at "clot removal": <br><br> LSI USA '24 presentation by Mike Rosenthal in March 2024 <br> https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |
| wherein the expandable funnel is configured to expand up to 24 French in size | The expandable funnel of the Accused Product is configured to expand up to 24 French in size: <br><br> As per E2's device description, the expandable funnel is configured to expand up to 8 mm, corresponding to 24 French: |

| Claim | Analysis |
|---|---|
| | **IV.    DEVICE DESCRIPTION**<br><br>The Hēlo Thrombectomy System (Hēlo System) is a minimally invasive aspiration system designed for the removal of thromboembolic material from the pulmonary arteries. It can be initially introduced with a 16 Fr introducer sheath and expands to 8 mm at the distal portion once inside the vasculature. The Hēlo System allows for engagement with the targeted clot, aspiration of the targeted clot, and transportation of aspirated clot out of the body. The Hēlo System is supplied sterile using Ethylene Oxide gas and is intended for single-use only.  The Hēlo System is comprised of the following components:<br><br>• Aspiration Catheter: The Aspiration Catheter includes a funnel, an outer sleeve, and an integrated handle with controls.  The handle also features a side port for the purposes of fluid injection, flushing of the inner lumen of the Aspiration Catheter, and for measurement of intravascular pressure using a standard pressure line setup, if needed.  A second side port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump.<br><br>K252956 (Dec. 18, 2025)<br><br>Mr. Rosenthal reiterates this fact: |

13

| Claim | Analysis |
|---|---|
| | <br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |

## CLAIM 9

| Claim | Analysis |
|---|---|
| Claim 9.  A device for removing a pulmonary embolism comprising: | To the extent the preamble is deemed limiting, the Accused Product is a device for removing a pulmonary embolism:<br><br>The Accused Product is indicated for the removal of pulmonary embolism: |

| Claim | Analysis |
|---|---|
|  | The Hēlo Thrombectomy System is indicated for:<br>• The non-surgical removal of emboli and thrombi from pulmonary arteries and venous vasculature.<br>• The system allows for injection, infusion, and/or aspiration of contrast media and other fluids into or from blood vessels.<br><br>The Hēlo Thrombectomy System is intended for use in the peripheral veins and for the treatment of pulmonary embolism.<br><br>The Hēlo Audible Flow Indicator is intended for use exclusively with the Hēlo Thrombectomy System and provides audible feedback of rapid flow through the device during a thrombectomy procedure.<br><br>K252956 (Dec. 18, 2025) |
| a reinforced suction cannula including a stepped cannula distal end; | The Accused Product comprises a reinforced suction cannula including a stepped cannula distal end:<br><br>As per E2's device description, the Accused Product comprises, *inter alia*, an "Aspiration Catheter" (i.e., a suction cannula) that engages clots via aspiration:<br><br>**IV.    DEVICE DESCRIPTION**<br><br>The Hēlo Thrombectomy System (Hēlo System) is a minimally invasive aspiration system designed for the removal of thromboembolic material from the pulmonary arteries. It can be initially introduced with a 16 Fr introducer sheath and expands to 8 mm at the distal portion once inside the vasculature. The Hēlo System allows for engagement with the targeted clot, aspiration of the targeted clot, and transportation of aspirated clot out of the body. The Hēlo System is supplied sterile using Ethylene Oxide gas and is intended for single-use only.  The Hēlo System is comprised of the following components:<br><br>• Aspiration Catheter: The Aspiration Catheter includes a funnel, an outer sleeve, and an integrated handle with controls.  The handle also features a side port for the purposes of fluid injection, flushing of the inner lumen of the Aspiration Catheter, and for measurement of intravascular pressure using a standard pressure line setup, if needed.  A second side port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump.<br><br>K252956 (Dec. 18, 2025)<br><br>E2's depiction of its product demonstrates that it is designed for suction and includes a reinforced cannula wall: |

15

| Claim | Analysis |
|---|---|
| | <br>https://endovascularengineering.com/<br><br>The portion of the cannula before the funnel is "stepped" such that the metallic reinforcement member of the funnel does not extend into the lumen defined by the inner wall of the cannula: |

16

| Claim | Analysis |
|---|---|
| |  Hēlo® Thrombectomy System \| Episode 2: Bench to Study, https://www.youtube.com/watch?v=dTkeKYfdmNY. <br><br> The wall of the cannula must also be sufficiently reinforced such that it will not collapse when a vacuum force is applied to the system: |

| Claim | Analysis |
|---|---|
| |  LSI USA '24 presentation by Mike Rosenthal in March 2024 https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24. |
| an expandable funnel defined by a unitary metallic reinforcement member and an impermeable membrane | The Accused Product comprises an expandable funnel defined by a unitary metallic reinforcement member and an impermeable membrane:<br><br>E2's depiction of its product demonstrates that it comprises the foregoing components, with the unitary metallic reinforcement member and impermeable membrane defining the expandable funnel: |

| Claim | Analysis |
|---|---|
| | <br><br>https://endovascularengineering.com/ |
| the unitary metallic reinforcement member comprising a metallic collar configured to be operatively coupled to the stepped cannula distal end and a metallic expansion part extending from the metallic collar, | The unitary metallic reinforcement member of the Accused Product comprises a metallic collar configured to be operatively coupled to the stepped cannula distal end and a metallic expansion part extending from the metallic collar:<br><br>E2's depiction of its product demonstrates that the proximal portion of the metallic reinforcement member comprises a metallic collar that operatively couples the funnel to the cannula, as well as a metallic expansion part extending from the metallic collar that permits greater expansion of the funnel in the proximal to distal direction: |

| Claim | Analysis |
|-------|----------|
|       |  |

| Claim | Analysis |
|---|---|
| | https://endovascularengineering.com/; Hēlo® Thrombectomy System \| Episode 4: Bench to Table, https://www.youtube.com/watch?v=WbMgSPpS8ew<br><br>Unlike the distal end of the funnel, which expands significantly when moving from the collapsed to expanded configuration, the proximal end of the funnel must remain effectively stationary and thus be designed to resist the tensile forces that cause other portions of the funnel to move. As such, the metallic collar of the unitary metallic reinforcement member is operatively coupled to the stepped cannula distal end, such that the proximal portion of the funnel will remain sufficiently stationary when the funnel transitions between the expanded and collapsed configurations, when negative pressure (suction) is applied to the system, and when the agitator rotates within the funnel: |

| Claim | Analysis |
|---|---|
| | <br><br>Hēlo® Thrombectomy System \| Episode 2: Bench to Study, https://www.youtube.com/watch?v=dTkeKYfdmNY. |
| the metallic expansion part comprising a shape memory material pre-shaped in an expanded configuration to automatically expand | The metallic expansion part of the Accused Product comprises a shape memory material pre-shaped in an expanded configuration to automatically expand the expandable funnel when released from constraint:<br><br>As per Mike Rosenthal, the funnel is automatically deployed when the metallic expansion part is removed from the sheath (i.e., released from constraint). Upon removal of the constraint of the sheath, the |

| Claim | Analysis |
|---|---|
| the expandable funnel when released from constraint, | expandable funnel conforms to its pre-configured shape because the metallic expansion part is made of a memory material that is pre-shaped to be conical in the absence of radial compression: LSI USA '24 presentation by Mike Rosenthal in March 2024 https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 <br><br>E2's video demonstrations demonstrate this aspect of the system:<br><br>Hēlo® Thrombectomy System \| Episode 4: Bench to Table, https://www.youtube.com/watch?v=WbMgSPpS8ew |

23

| Claim | Analysis |
|---|---|
| wherein the metallic expansion part is configured to resist collapse under an applied vacuum but permit radial compression when withdrawn into a lumen of an outer sheath of the device; and | The metallic expansion part of the Accused Product is configured to resist collapse under an applied vacuum but permit radial compression when withdrawn into a lumen of an outer sheath of the device:<br><br>As per Mike Rosenthal, the funnel travels to the target site in a compressed state because it is withdrawn into the sheath. When at the target site, the funnel is deployed by removing it from the sheath, thereby removing the source of radial compression. The metallic expansion part is configured to resist collapse under an applied vacuum—i.e., it does not collapse back into a compressed state, collapsing the funnel, when the pump applies a vacuum. Otherwise, the system would not be "effective" at "clot removal":<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |
| a macerator configured to macerate the pulmonary embolism within either a lumen of the reinforced suction | The Accused Product comprises a macerator configured to macerate the pulmonary embolism within either a lumen of the reinforced suction cannula, the expandable funnel, or the lumen of the reinforced suction cannula and the expandable funnel: |

| Claim | Analysis |
|---|---|
| cannula, the expandable funnel, or the lumen of the reinforced suction cannula and the expandable funnel, | One of the two ways the Accused Product allegedly "breaks down and removes clot" is via "high-speed agitation" (i.e., maceration) primarily in the expandable funnel but also within the catheter lumen:<br><br>**Dual-Action Technology**<br><br>Small profile system breaks down and removes clot through combined high-speed agitation and simultaneous physician-controlled aspiration<br><br>https://endovascularengineering.com/ (prior version)<br><br>As per E2's device description, the Accused Product includes an "Agitator" (a macerator) that is inserted through the inner lumen of the suction cannula to the expandable funnel. The agitator "mechanically disrupt[s]" the clot to aid in its removal:<br><br>Agitator: The Agitator is intended to be inserted in the inner lumen of the Aspiration Catheter. It includes a drive unit that connects to the proximal end of the Aspiration Catheter. The Agitator is designed to mechanically disrupt emboli within the distal region of the Aspiration Catheter during aspiration. The Agitator may be disconnected, removed, and reintroduced through the Aspiration Catheter during use. |

| Claim | Analysis |
|---|---|
| | K252956 (Dec. 18, 2025)<br><br>As per Mike Rosenthal, fully pressing down on the grey button on the handle activates the agitator, causing the bladed distal end of the agitator to disrupt the clot mechanically:<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24<br><br>According to Dr. Andrew Klein, an E2 consultant who reported findings at VIVA 2025, the agitator "chews up the clot," such that it is broken down into blood and other large particles that can be filtered out. The |

| Claim | Analysis |
|---|---|
| | agitator also prevents "corking," a process whereby the clot is too large to fit within the narrower diameter of the inner lumen, blocking the flow of fluid through the pathway. L.A. McKeown, *ENGULF Novel PE Thrombectomy Device Minimizes Blood Loss*, https://www.tctmd.com/news/engulf-novel-pe-thrombectomy-device-minimizes-blood-loss<br><br>Similarly, Dr. Luis Savastano, a co-founder of E2, describes how the Agitator spins at high speeds to break the clot down into a smaller size, create a "vortex" flow, and aid in the traversal of clot from the expandable funnel to the lumen of the suction cannula:<br><br><br><br>Hēlo® Thrombectomy System \| Episode 1: Idea to Bench, https://www.youtube.com/watch?v=C3iatLv66_Y |
| wherein the reinforced suction cannula and the unitary metallic reinforcement member | The reinforced suction cannula and the unitary metallic reinforcement member of the Accused Product are both configured to resist collapse under the applied vacuum:<br><br>As per Mike Rosenthal, the funnel, comprising the unitary metallic reinforcement member, retains its shape (i.e., resists collapse) when the pump applies a vacuum pressure. Similarly, the reinforced suction cannula |

27

| Claim | Analysis |
|---|---|
| are both configured to resist collapse under the applied vacuum, and | resists collapse when under vacuum pressure. Otherwise, the clot would not be able to travel into the funnel and to the proximal end of the catheter—i.e., the system would not be "effective" at "clot removal":<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24<br><br>E2 reiterates these principles in its 510(k) for the so-called "Cobra Catheter System," a prior name for the device now known as "Hēlo": |

| Claim | Analysis |
|---|---|
| | **IV.    DEVICE DESCRIPTION**<br><br>The Cobra Catheter System (Cobra System) is a minimally invasive aspiration catheter with an integrated handle that connects to a commercially available vacuum pump. The aspiration catheter has an expanding funnel at the distal end for clot capture and features radiopaque markers for visibility under fluoroscopic guidance. The funnel resides within the outer sleeve of the aspiration catheter until it is manually deployed in the target vessel using the slider on the handle. The Cobra System can be initially introduced with a 16Fr introducer sheath. The Cobra System allows for navigating to, engagement, ingestion, and transportation of the target obstructive clot out of the peripheral veins to re-establish blood flow from the lower extremities.<br><br>K223891 (February 15, 2023). |
| wherein the expandable funnel is configured to expand up to 24 French in size. | The expandable funnel of the Accused Product is configured to expand up to 24 French in size:<br><br>As per E2's device description, the expandable funnel is configured to expand up to 8 mm, corresponding to 24 French:<br><br>**IV.    DEVICE DESCRIPTION**<br><br>The Hēlo Thrombectomy System (Hēlo System) is a minimally invasive aspiration system designed for the removal of thromboembolic material from the pulmonary arteries. It can be initially introduced with a 16 Fr introducer sheath and expands to 8 mm at the distal portion once inside the vasculature. The Hēlo System allows for engagement with the targeted clot, aspiration of the targeted clot, and transportation of aspirated clot out of the body. The Hēlo System is supplied sterile using Ethylene Oxide gas and is intended for single-use only.  The Hēlo System is comprised of the following components:<br><br>•  Aspiration Catheter: The Aspiration Catheter includes a funnel, an outer sleeve, and an integrated handle with controls.  The handle also features a side port for the purposes of fluid injection, flushing of the inner lumen of the Aspiration Catheter, and for measurement of intravascular pressure using a standard pressure line setup, if needed.  A second side port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump. |

| Claim | Analysis |
|---|---|
| | K252956 (Dec. 18, 2025)<br><br>Mr. Rosenthal reiterates this fact:<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |

**CLAIM 14**

| Claim | Analysis |
|---|---|
| 14. A device to remove a pulmonary embolism from a patient comprising: | To the extent the preamble is deemed limiting, the Accused Product is a device to remove a pulmonary embolism:<br><br>The Accused Product is indicated for the removal of pulmonary embolism:<br><br>The Hēlo Thrombectomy System is indicated for:<br>• The non-surgical removal of emboli and thrombi from pulmonary arteries and venous vasculature.<br>• The system allows for injection, infusion, and/or aspiration of contrast media and other fluids into or from blood vessels.<br><br>The Hēlo Thrombectomy System is intended for use in the peripheral veins and for the treatment of pulmonary embolism.<br><br>The Hēlo Audible Flow Indicator is intended for use exclusively with the Hēlo Thrombectomy System and provides audible feedback of rapid flow through the device during a thrombectomy procedure.<br><br>K252956 (Dec. 18, 2025) |
| a catheter comprising a reinforcement member, a catheter distal end, and a funnel defined by a unitary expandable frame and a polymer wall coupled to an inner surface of the unitary expandable frame, | The Accused Product comprises a catheter comprising a reinforcement member, a catheter distal end, and a funnel defined by a unitary expandable frame and a polymer wall coupled to an inner surface of the unitary expandable frame:<br><br>As per E2's device description, the Accused Product comprises, *inter alia*, an "Aspiration Catheter" that engages clots via aspiration: |

31

| Claim | Analysis |
|---|---|
| | **IV.    DEVICE DESCRIPTION**<br><br>The Hēlo Thrombectomy System (Hēlo System) is a minimally invasive aspiration system designed for the removal of thromboembolic material from the pulmonary arteries. It can be initially introduced with a 16 Fr introducer sheath and expands to 8 mm at the distal portion once inside the vasculature. The Hēlo System allows for engagement with the targeted clot, aspiration of the targeted clot, and transportation of aspirated clot out of the body. The Hēlo System is supplied sterile using Ethylene Oxide gas and is intended for single-use only.  The Hēlo System is comprised of the following components:<br><br>• Aspiration Catheter: The Aspiration Catheter includes a funnel, an outer sleeve, and an integrated handle with controls.  The handle also features a side port for the purposes of fluid injection, flushing of the inner lumen of the Aspiration Catheter, and for measurement of intravascular pressure using a standard pressure line setup, if needed.  A second side port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump.<br><br>K252956 (Dec. 18, 2025)<br><br>E2's depiction of its product demonstrates that it comprises the foregoing components, including that the funnel is defined by a unitary expandable frame coupled to a polymer wall: |

| Claim | Analysis |
|---|---|
| | https://endovascularengineering.com/<br><br>The wall of the catheter must be stiff enough such that it will not collapse when a vacuum force is applied to the system. As such, the catheter comprises a reinforcement member imparting this property:<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24. |
| the unitary expandable frame being a unitary metallic reinforcement frame comprising a proximal section and an atraumatic distal section, | The unitary expandable frame of the Accused Product comprises a unitary metallic reinforcement frame comprising a proximal section and an atraumatic distal section:<br><br>E2's depiction of its product demonstrates the foregoing: |

33

| Claim | Analysis |
|---|---|
| | https://endovascularengineering.com/ |
| the proximal section of the unitary expandable frame is a metallic proximal section configured to be operative coupled to the aspiration catheter distal end, and the atraumatic distal section of the unitary expandable frame comprises a | The proximal section of the unitary expandable frame of the Accused Product is a metallic proximal section configured to be operative coupled to the aspiration catheter distal end, and the atraumatic distal section of the unitary expandable frame comprises a metallic expansion section: E2's depiction of its product demonstrates that it comprises the foregoing components, including that the funnel is defined by a unitary expandable frame coupled to a polymer wall: |

34

| Claim | Analysis |
|---|---|
| metallic expansion section, | <br><br>https://endovascularengineering.com/<br><br>Unlike the distal end of the funnel, which expands significantly when moving from the collapsed to expanded configuration, the proximal end of the funnel must remain effectively stationary and thus be designed to resist the tensile forces that cause other portions of the funnel to move. As such, the metallic proximal section of the unitary expandable frame is operatively coupled to the catheter distal end, such that the proximal portion of the funnel will remain sufficiently stationary when the funnel transitions between the expanded and collapsed configurations, when negative pressure (suction) is applied to the system, and when the agitator rotates within the funnel: |

| Claim | Analysis |
|---|---|
|  |  |

| Claim | Analysis |
|---|---|
| | **Funnel in collapsed closed position**    **Funnel in expanded open position** <br><br> Hēlo® Thrombectomy System \| Episode 2: Bench to Study, https://www.youtube.com/watch?v=dTkeKYfdmNY; Hēlo® Thrombectomy System \| Episode 4: Bench to Table, https://www.youtube.com/watch?v=WbMgSPpS8ew. |
| where the metallic expansion section comprises at least two moveable frame elements and a space extending between the at least two moveable frame elements, | The metallic expansion section of the Accused Product comprises at least two moveable frame elements and a space extending between the at least two moveable frame elements: <br><br> E2's depiction of its product demonstrates that it comprises the foregoing, with the moveable frame elements allowing the funnel to transition between its collapsed and expanded configurations: |

37

| Claim | Analysis |
|-------|----------|
|       |  |

| Claim | Analysis |
|---|---|
| | https://endovascularengineering.com/; Hēlo® Thrombectomy System \| Episode 4: Bench to Table, https://www.youtube.com/watch?v=WbMgSPpS8ew. |
| and the metallic expansion section extends from the proximal section and comprises a shape memory material pre-shaped in an expanded configuration to automatically expand the metallic expansion section when released from constraint, | The metallic expansion section of the Accused Product extends from the proximal section and comprises a shape memory material pre-shaped in an expanded configuration to automatically expand the metallic expansion section when released from constraint: <br><br> E2's depiction of its product demonstrates that the metallic expansion section extends from the proximal section in the proximal to distal direction: <br><br> <br><br> **Metallic expansion section**    **Proximal section** <br><br> https://endovascularengineering.com/ <br><br> As per Mike Rosenthal, the funnel is automatically deployed when the metallic expansion section is removed from the sheath (i.e., released from constraint). Upon removal of the constraint of the sheath, the expandable funnel conforms to its pre-configured shape because the metallic expansion section is made of shape memory material that will have that shape in the absence of radial compression: |

39

| Claim | Analysis |
|---|---|
| |  |
| wherein the metallic expansion section is configured to resist collapse under an | The metallic expansion section of the Accused Product is configured to resist collapse under an applied vacuum but permit radial compression when withdrawn into a lumen of an outer sheath of the device: |

| Claim | Analysis |
|---|---|
| applied vacuum but permit radial compression when withdrawn into a lumen of an outer sheath of the device; and | As per Mike Rosenthal, the funnel travels to the target site withdrawn into the outer sheath, where the metallic expansion section is radially compressed. When at the target site, the funnel is deployed by removing it from the sheath, such that metallic expansion section expands into the pre-configured shape. The metallic expansion section is configured to resist collapse under an applied vacuum—i.e., it does not collapse back into a compressed state, collapsing the funnel, when the pump applies a suction force. Otherwise, the system would not be "effective" at "clot removal": <br><br> <br><br> LSI USA '24 presentation by Mike Rosenthal in March 2024 <br> https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |
| a macerator configured to either mechanically disrupt or fluidly disrupt the pulmonary embolism within either | The Accused Product comprises a macerator configured to either mechanically disrupt or fluidly disrupt the pulmonary embolism within either a lumen of the catheter or the funnel: <br><br> One of the two ways the Accused Product allegedly "breaks down and removes clot" is via "high-speed agitation" (i.e., maceration) occurring primarily in the funnel, but also within the lumen of the catheter: |

| Claim | Analysis |
|---|---|
| a lumen of the catheter or the funnel, | **Dual-Action Technology**<br><br>Small profile system breaks down and removes clot through combined high-speed agitation and simultaneous physician-controlled aspiration<br><br>https://endovascularengineering.com/ (prior version)<br><br>As per E2's device description, the Accused Product includes an "Agitator" (a macerator) that is inserted through the inner lumen of the catheter. The agitator "mechanically disrupt[s]" the clot to aid in its removal:<br><br>Agitator: The Agitator is intended to be inserted in the inner lumen of the Aspiration Catheter. It includes a drive unit that connects to the proximal end of the Aspiration Catheter. The Agitator is designed to mechanically disrupt emboli within the distal region of the Aspiration Catheter during aspiration. The Agitator may be disconnected, removed, and reintroduced through the Aspiration Catheter during use.<br><br>K252956 (Dec. 18, 2025) |

| Claim | Analysis |
|-------|----------|
|  | As per Mike Rosenthal, fully pressing down on the grey button on the handle activates the agitator, causing the bladed distal end of the agitator to disrupt the clot mechanically:<br><br><br><br>LSI USA '24 presentation by Mike Rosenthal in March 2024<br>https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24<br><br>According to Dr. Andrew Klein, an E2 consultant who reported findings at VIVA 2025, the agitator "chews up the clot," such that it is broken down into blood and other large particles that can be filtered out. The agitator also prevents "corking," a process whereby the clot is too large to fit within the narrower diameter of the inner lumen, blocking the flow of fluid through the pathway. L.A. McKeown, *ENGULF Novel PE* |

| Claim | Analysis |
|---|---|
|  | *Thrombectomy Device Minimizes Blood Loss*, https://www.tctmd.com/news/engulf-novel-pe-thrombectomy-device-minimizes-blood-loss<br><br>Similarly, Dr. Luis Savastano, a co-founder of E2, describes how the Agitator spins at high speeds to break the clot down into a smaller size, create a "vortex" flow, and aid in the traversal of clot from the funnel to the lumen of the catheter:<br><br><br><br>Hēlo® Thrombectomy System \| Episode 1: Idea to Bench, https://www.youtube.com/watch?v=C3iatLv66_Y. |
| wherein the funnel is configured to expand up to 24 French in size. | The funnel of the Accused Product is configured to expand up to 24 French in size:<br><br>As per E2's device description, the expandable funnel is configured to expand up to 8 mm, corresponding to 24 French: |

| Claim | Analysis |
|---|---|
| | **IV.   DEVICE DESCRIPTION**<br><br>The Hēlo Thrombectomy System (Hēlo System) is a minimally invasive aspiration system designed for the removal of thromboembolic material from the pulmonary arteries. It can be initially introduced with a 16 Fr introducer sheath and expands to 8 mm at the distal portion once inside the vasculature. The Hēlo System allows for engagement with the targeted clot, aspiration of the targeted clot, and transportation of aspirated clot out of the body. The Hēlo System is supplied sterile using Ethylene Oxide gas and is intended for single-use only.  The Hēlo System is comprised of the following components:<br><br>&bull;   Aspiration Catheter: The Aspiration Catheter includes a funnel, an outer sleeve, and an integrated handle with controls.  The handle also features a side port for the purposes of fluid injection, flushing of the inner lumen of the Aspiration Catheter, and for measurement of intravascular pressure using a standard pressure line setup, if needed.  A second side port is used to purge air from the outer sleeve prior to use. The Aspiration Catheter is compatible with a 0.035" or 0.038" guidewire. It connects to a commercially available vacuum pump.<br><br>K252956 (Dec. 18, 2025)<br><br>Mr. Rosenthal reiterates this fact: |

| Claim | Analysis |
|---|---|
| |  LSI USA '24 presentation by Mike Rosenthal in March 2024 https://www.lifesciencemarketresearch.com/videos/mike-rosenthal-endovascular-engineering-clot-removal-technology-lsi-usa-24 |