IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-469-JLH |
| | ) | |
| ENDOVASCULAR ENGINEERING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING ANGIODYNAMICS' SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court that Defendant's time to answer the Second Amended Complaint shall be extended through and including November 19, 2026.

*/s/ Alan R. Silverstein*
Arthur G. Connolly, III (No. 2667)
Alan R. Silverstein (No. 5066)
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
asilverstein@connollygallagher.com

*Attorneys for Plaintiff AngioDynamics, Inc.*

Dated: October 27, 2026

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant Endovascular Engineering, Inc.*

IT IS SO ORDERED this ____ day of ___________, 2026.

___________________________________
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE